IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GBEKE MICHAEL AWALA,
    Plaintiff,

vs.                                  CASE NO. 4:07cv406-SPM/WCS

R. LANIER ANDERSON, et al.,
    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court for consideration of the magistrate judge's report and recommendation dated October 3, 2007 (doc. 4). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 4) is ADOPTED and incorporated by reference in this order.

2.    This case is dismissed without prejudice.

DONE AND ORDERED this 7th day of November, 2007.

                          *s/ Stephan P. Mickle*
                          Stephan P. Mickle
                          United States District Judge